IN THE INTERNATIONAL REPUBLIC COURT OF JUDGMENT REMOVAL

| 530 | 2007 | 03918 |

Nanya-Amir:El
Judgement Creditor/
High Contracting Party

ENTERED 10-7-09

VS.

McDONALD CORPORATION
DEBTOR/RESPONDENT

**AND NOW IT IS HEREBY ORDERED, ADJUDGED AND DECREED ON THE CONSIDERATION** of the affidavits legally and lawfully enforced, attached with valid proof of services

The plaintiff petition for summary Judgment is hereby **GRANTED**

The international chief clerk is directed to enter the Judgment as a matter of lawful record This October ____7TH____ 2009

The Defendant is also ordered to pay the full amount of $500,000 USD For failing to settle the matter out of court 24 months ago as so it is **ORDERED RES JUDICATA nihil dicit**

"All Rights Reserved"

_____
Washitaw Arbitrator Chief

**FILED**
MAY 1 4 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

13CV3589
JUDGE DURKIN
MAG. JUDGE FINNEGAN

CC INTERNATIONAL CHIEF CLERK
CC Nanya-Amir:El

# Certificate of Authenticity

Yamassee Native American Association of Nations

County of _Philadelphia_

I, _Tiger Raven_, a Notary Public, certify that the attached copy of the _International Republic Court of Judgment Removal 530 2007 03918_,

dated _100709_, is a true, correct and complete original document presented to me via the law of the Doctrine of the Act of State, the Uniform Foreign Country Money Judgment Recognition Act, the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, and the Inter-American Convention on International Commercial Arbitration by _Nanya-Amir:El_ on _041013_.

In witness whereof, I hereunto set my hand and official seal.

_Tiger Raven_
Notary Public



**Yamassee Native Americans**
Witchetaw Yamassee National Notarial Seal
Tiger Raven Notary Public
Altan/Amexum 1-NA-416
My Commission Expires January 15, 2015

Yamassee National - #1-419/04102013-1211-13    http://www.my-notary-public.org/
notaryquomuniti@yahoo.com

| JESUSI QOUMUNITI QOWNCELL | International Enforcement FOR BREACH OF Contract | TRANSFER TO DISTRICT COURT FOR ENFORCEMENT |
|---|---|---|
| | f  y  s  s | |

**DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF ILLINOIS TRUSTEE**

TITLE 22 SECTION 258A

RULES 77 (2) 70 (A)
58(B)
58 (B) 1(B)
RULES 9, A, E, H

TITLE 5 ADMINSTRATIVE ENFORCEMENT

[PLAINTIFF CLAIMANT JUDGMENT CREDITOR(S) NOBILITY
Plaintiffs,

  Nanya-Amir:El

v.

) NO: _____
) ENFORCEMENT
) COMPLAINT FOR
) BREACH OF
) CONTRACT
)
)
)
)
)
)

[DEFENDANT(S)
MCDONALDS CORPORATION]
Defendants

_____

Plaintiff complains and for causes of action alleges as follows:

**FIRST CAUSE OF ACTION**
(For Breach Of Contract Against ____)

<>. Defendant Mcdonalds corporation is and at all times herein mentioned was, a resident of the City of Chicago , County of Oakbrook , State of ILLINOIS

<>. Defendant MCDONALDS CORPORATION is, and at all times herein mentioned, was/is a Corporation organized and existing under the laws of the State of ILLINOIS with principle offices located at 2111 MCDONALDS DRIVE , in the City of CHICAGO, County of OAKBROOK

<>. Plaintiff Nanya -Amir :El is ignorant of the true names and capacities of defendants sued herein as DOES I through X, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff Nanya- Amir :El will amend this complaint to allege their true names and capacities when ascertained.

<>. Plaintiff Nanya-Amir:El informed and believes__ and thereon alleges__ that, at all times herein mentioned, each of the defendants sued herein was the agent and employee of each of the remaining defendants and was at all times acting within the purpose and scope of such agency and employment.

<>. On _November_ or about _28th_, 20_07_, in the City of Chicago, County of Oakbrook, State of ILLINOIS, Plaintiff and defendant entered into a written agreement, a copy of which is attached hereto as Exhibit "A" and made a part hereof. By the terms of said written agreement, _term_

<>. The consideration set forth in the agreement was the fair and reasonable.

<>. Plaintiff has performed all conditions, covenants, and promises required by him on his part to be performed in accordance with the terms and conditions of the contract.

<>. On or about _Dec_ / _13th_, 20_07_ the defendant/judgment debtor__ breached the said agreement by _default_

<>. By reason of defendant/judgment debtor__ breach of said contract as herein alleged, the plaintiff__ has__ suffered damages in the sum of $ 500,000

<>. By the terms of said written agreement, the Plaintiff is entitled to recover reasonable attorney fees incurred in the enforcement of the provisions of the agreement. By reason of the aforementioned breach of the tortfeasor, the Plaintiff has been forced to secure the services of the legal firm of THE JESUSI QOUMUNITI QOWNCELL. to prosecute this lawsuit.

WHEREFORE, plaintiff Nanya-Amir:EL pray foreign judgment against defendant /judgement debtor and each of them, as follows:

<>. For compensatory damages in the sum of $ 500,000 usd or other real estate properties

<>. For reasonable foreign consul fees according to proof;

<>. For costs of suit herein incurred; and

<>. For such other and further relief as the court may deem proper.

## VERIFICATION

I Nanya-Amir El, am a ___ in the above-entitled action. I have read the foregoing ___ and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare by my yes be yes my no be no matthew chapter 5 versus 34-38 that the foregoing is true and correct and that this declaration was executed at Washitaw /Yamassee far east terra

DATED: _Nanya-Amir:El_  _April 20th 2013_

# IN THE INTERNATIONAL REPUBLIC COURT OF JUDGMENT AND REMOVAL

## PRIVATE DISCUSSION

In the Matter of **El vs Mcdonalds eeoc# 530200703918 proceeded Final Judgment Order 10-7-2009   In The Amount of  $500,000 USD** issued against Their headquarters Mcdonald's franchisor   located @ one Mcdonald's Plaza Oak Brook IL 60523 annexed to Mcdonald's  franchisee Family Restaurant Located @ 1201 north broad street Philadelphia Pennsylvania 19121 who discriminated against Nanya-Amir :El on July 1 and 5th 2007 Mcdonald's Franchisee discriminated by not hiring people with beards and his witness was present Mcdonald's was not going to hire Nanya -Amir: El based on him having a beard this in violation of  declaration on the rights of indigenous peoples articles 2  &  9 and the five books of  Moses laws governing beards ,The claimant had a witness Nate Miller who filed a affidavit to support  Nanya Amir :Els claims  against MCDONALDS Franchisor/ franchisee was served with these numberous affidavits and failed to answer them nor the complaint against them for a period of over 24 months. The claimant also filed claims with the eeoc which acknowledge the said violations under their federal codes title VII . Mcdonalds never responded never rebutted the claims so a Final Order was issued in conjunction Title 22 258 b And Rule 9 (a)(d)(e) FINAL JUDGMENT WAS ENTERED @  New African Center 4243 Lancaster Philadelphia Pennsylvania 19104 by Elder Chief Anthony Lee Wilson Bey  then forwarded to the International Clerk office held @ lava  building 4134 Lancaster avenue second floor Philadelphia Pennsylvania 19104.

## BY THE ELDER ARBITRATOR Anthony Lee Wilson Bey

## AFFIDAVIT OF ACTUAL FACTS

The undersigned ,being duly sworn to law ,does depose and say that:

On July 1st 2007 about 11:00 a.m. Nanya-Amir:El with myself Nate Miller proceeded to 1201 north broad street McDonalds to get some gas Amir wanted to turn in an application,we approached the line ,and got in Amir proceeded to hand an employee an application. The umployee was a light skinned african-american about 21 our older no older then 25 he looked at the application then said to Amir, "we are not going to hire you until you cut off that beard" this insult caused a roar of laughter from both employees and customers ,the employee gave him back the application we left.

We returned to the same location July 5th 2007 about around 10:00 p.m. Amir asked to speak to management .An brown skinned african american male about 6 foot tall about between the ages 21&

25 with an birthmark in his face area nose and upper lip appeared before us. Amir asked him about a Job. The young man answered "come back about 10:00 a.m Monday" then he said to Amir he would'nt be hired because his beard had to be cut, Amir replied Thats against my religion I won't cut off my beard Just to work here ,the young man also replied "nobody here has beards thats is the policy Amir took down the number and we lefted Mcdonalds.

All statements are actual facts witness by Nate Miller under his own free will admissable as evidence in any court of record .

Swore before me and subscribed before me this __25th__       _Nathaniel Mill_
day of __July__       200_7_

_Reginald Topp_
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
REGINALD TOPP  Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 11, 2010

AFFIDAVIT OF DISCRIMINATION   LIABILITY AGAINST MCDONALDS
Nanya-Amir:El Distressed Creditor injured Damaged Claimant   vs MCDONALDS

FACT 1 MCDONALDS IS THE LIABLE /RESPONSIBLE PARTY OR CAPTAIN OF THE SHIP  WITHIN THE MEANING OF THE TERM PUNITIVE AND PECUNIARY DAMAGES UNDER DISCRIMINATION  LAWS TITLE 42 U.S.C. SECTIONS 2000 A 1,2,3,4,5,6,B,1,2,3,4,5,D 1,2,3,4,5 E Declaration on the rights of indigenous peoples article 20 1,2,3,4,5,F1,2,3,4,5,G1,2,3,4,5  AND OTHER APPLICABLE STATUES  FOR ALL TORTS, NEGLIGENTS, OMMISSIONS OR DISCRIMINATORY PRACTICES  ASSOCIATED WITH THE BUSINESS NAME MCDONALDS FRANCISE ITS EMPLOYEES CREW MEMBERS HIRING FIRING ASSOCIATED WITH WORKING FOR THE SAID FRANCISE.

FACT 2 MCDONALDS HOLDS PRIMARY LIABLITY FOR WORKERS WHO OPENLY DISCRIMINATES AND ALL TORTS  IF ITS EMPLOYEES,CREW MEMBERS INJURIES ANY ONE ABOARD ANY VESSAL SHIP MEANING RESTAURANT STATIONARY BOARDERS  BEARING THE BUSINESS NAME/LOGO TRADEMARK MCDONALDS THE TERM INJURY ENCLUDES DAMAGES OF ONE'S SPIRITUAL BELIEF HANDICAP RACE OR SEXUAL ORIENTATION

FACT 3 MCDONALDS DOES NOT EXIST IN THE FLESH MCDONALDS IS A ARTIFICAL LETTER OF MARQUE  REPRISAL COMMERCIAL ENTITY FOR THE PUBLIC  WITH A TAX NUMBER ON PAPER ONLY. MCDONALDS CANNOT SPEAK EAT, SLEEP, BREATH.BUT FUNCTIONS THRU HUMAN LABORERS WITH DIFFERENT TITLES,POSITIONS  UNDER ADMIRLTY MARITIME  CONTRACTS AND HAS PRIMARY LIABILITY ON ALL OMMISSIONS OF IT'S EMPLOYEES

FACT 4 MCDONALDS 2 UNKNOWN BROWN SKINNED  EMPLOYEES ON SITE 1201 NORTH BROARD STREET AROUND SUNDAY 11:00 A.M. JULY 1ST 2007 DISCRIMINATED AGAINST NANYA-AMIR:EL BECAUSE HE HAD A BEARD THIS EMPLOYEE OPERATING AND USING THE NAME MCDONALDS BENEFITING FROM THE PEOPLE EATS THERE WITH CHILDREN ALL OVER THE WORLD  DAILY INSULTING Nanya-Amir:EL RELIGION TO HAVE A BEARD AND OPENLY TREATING HIM DIFFERENT IN A PUBLIC FACILITY THIS SAID UNLAWFUL AND ILLEGAL ACT
WAS REPEATED THURSDAY JULY 5TH 2007 AROUND 10:00 PM MCDONALDS ALSO FALSELY ADVERTISE THEY ARE A EQUAL OPPORTUNITY EMPLOYER WHEN IN FACT THEY ARE SELECTIVE OPPORTUNITY EMPLOYER.

FACT 5 MCDONALDS IS LIABLE FOR PUNITIVE,PECUNIARY  DAMAGES OF $500,000 FOR DISCRIMINATION TWO TIMES AT THE SAME LOCATION AND FALSE ADVERTISEMENT SAYING THEY ARE EQUAL OPPORTUNITY WHEN IN FACT THEY ARE SELECTIVE OPPORTUNITY CHOSING WHO THEY HIRE BASED ON WHAT THEY LIKE AND DON'T LIKE.
ALL STATEMENTS ABOVE ARE TRUE CORRECT COMPLETE UNREBUTABLE BY NONE. ANY ONE ATTEMPTING TO REBUT THIS AFFIDAVIT MUST DO SO POINT FOR POINT  IN DETAIL AND NUMBERED ORDER  IN THEIR TRUE GOD GIVING NAME EXCLUDING ALL SSN BIRTH CERTIFICATES OR ASSURANCE /INSURANCE POLICIES IN 72 HOURS THREE DAYS NOTHING MORE  FAILURE CONSTITUTE FULL LIABILITY ON THE BANK ACCOUNTS OF MCDONALDS  THEREBY OWING  CLAIMANT  Nanya-Amir:El THE MONOTARY AMOUNT OF $500,000.00 PURSUANT TO TITLE 42 1981 (B)(1)

STRICT TERMS AND CONDITIONS OF NON RESPONSE IS A DEFAULT MONOTARY JUDGMENT.
PRIVATE BETWEEN PARTIES ONLY

THE STIPULATIONS WILL CONSTITUTE WILLFUL CONFESSION OF DISCRIMNATION ACTS WITH MONOTARY DAMAGES TERMS MUTUALLY AGREED BY BOTH PARTIES ENFORCABLE UNDER TITLE 9 USC1, 2,4,202,203,204,206,301,303,304 ,TITLE 22 SECTION 258 (B) TITLE 28 USC 1333 AND APPLICABLE FEDERAL SUPPLYMENTAL RULES A,B,C,D,E,F,G, MCDONALDS VOLUNTARALLY WAIVES ALL FEDERAL STATE OR CITY SERVICE RULES BY FORFEITURE NO COURT CAN INTERVENE OR GIVE RELIEF ON PART OF THE TORTFEASORS/DISCRIMINATORS FOR ANY REASON WHATSOEVER DUE TO THE FAILURE TO REBUT THIS AFFIDAVIT NO EXCEPTIONS OR EXCUSES NO ADDITION TIME
ONCE THE DEFAULT IS ENTERED BY THE NOTARY OR PRIVATE SERVICING AGENT IT WILL BE DEEMED FINAL AND IRREVOCABLE THE STIPULATION WILL BE CARRIED OUT TO THE LETTER UNDER COMPULSORY TERMS WITHOUT FURTHER NOTICE OR EXPLANATION FOR MCDONALDS, THE MATTER WILL STAND AS A TREATISE WHICH CAN BE ENFORCED UNDER ARTICLE 49 VIA THE UNITED NATIONS SECURITY COUNCIL IMMEDIATELY NOT LIMITED TO USE OF A SECRET MARITIME LIEN FILED WITH THE SECRETARY OF TRANSPORTATION VIA THE U.S. COAST GUARD ONCE FILED IT WILL NOT BE REMOVED UNTIL SETTLEMENT CHECK IS ISSUED AND CASHED. CLAIMANT ALSO HAS OPTION OF GARNISHMENT OF MCDONALDS BANK ACCOUNTS.
This affidavit will be witness by the U.N. Security council as an international incident under international treaty law.

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF PHILADELPHIA        ss

On this 25th day of NOVEMBER 2007 , before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, :Nanya-Amir:El, Secondary chief of the Unity Washitaw People, before me personally known to be the CLAIMANT who are executing this AFFIDAVIT OF DISCRIMINATION LIABILITY instrument, and He acknowledge that execution the same, and Their signature's are duly affixed by the authority of Their Sacred and Saviour, Amon-Ra the All seeing eye of eternal life.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the City of Philadelphia the day and year first above written.
Notary Seal

*[Signature]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
REGINALD TOPP Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 11, 2010

November 28, 2007

AFFIDAVIT OF NON RESPONSE NOTICE /STIPULATION OF ENFORCEMENT OF DEFAULT TERMS AND CONDITIONS OF IRREVOCABLE DEFAULT MONOTARY JUDGMENT "ON MCDONALDS BY MUTUAL CONSENT VIA SILENCE WITHIN THE ADMIRALTY MARITIME AWARDS" SERVICE WAS MADE VIA USPS CERTIFIED MAIL NUMBER 7007 0220 0002 6852 5257 10:51 AM 11-30-07

MCDONALDS HAS FAILED TO REBUT THE AFFIDAVIT OF DISCRIMINATION LIABILITY AND HAS WAIVED ALL RIGHTS TO REBUT THIS CLAIM IN ANY COURT AND IS FOREVER BARRED. THE UNKNOWN EMPLOYESS acted with Malice and Reckless ON JULY 1ST AND JULY 5TH OPENLY DISCRIMINATED AGAINST THE RELIGION OF Nanya-Amir:El The Aggrieved Party MCDONALDS HAS FAILED TO STATE A CLAIM AND IS IN DEFAULT AND LIABLE FOR THE AMOUNT OF $300,000 FOR DISCRIMINATION AND FALSE ADVERTISEMENT AND THE CALLOUS ACT OF DISCRIMINATION KNOWINGLY AND WILLFULLY DECEIVING THE PUBLIC WITH THE TERM "EQUAL OPPORTUNITY EMPLOYER DAMAGING "THE CLAIMANT WITHOUT REGARDS OF SPIRITUAL RELIGION TO HONOR SAID BEARD THE VESSAL MCDONALDS IS FULLY LIABLE FOR $300,000 PURSUANT TO TITLE 42 USC SECTIONS 1981 (B)& (1) VIA AN MARITIME OR ADMIRALTY MONOTARY LIEN WITH THE APPROPRIATE PARTIES THE AFFFIDAVITS WILL ESTABLISH SECURED EVIDENCE TO FILE AND ENFORCE THIS IRREVOCABLE MONOTARY MARITIME LIEN. THIS MONOTARY LIEN IS ALSO SUBJECTED TO WASHITAW TRIBAL PEOPLES LAWS

CITY OF PHILADELPHIA REPUBLIC STATE OF PENNSYLVANIA REPUBLIC BEFORE ME CAME Nanya-Amir:El the aggrieved claimant party with satisfactory evidence of who he is with the Certified Affidavits under admiralty
I _Reginald T_____ the notary never received a rebuttal from MCDONALDS pursuant to the affidavit of Discrimination against MCDONALDS



**International Republic Court of Judgment and Removal**

))
c/o Nanuya-Amir:El Unity Washitaw Nation ))
6112 Dana Court Lithonia Georgia [30058] )
COMPULSORY ARBITRATION ACTION
(Name of the plaintiff or plaintiffs) ))
v. ) NO. 530·2007·03918
)
McDonald Francisor one ))
McDonald's Plaza Oak Brook IL 60523 ))
)
(Name of the defendant or defendants) )

**PRIVATE COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.
2. The plaintiff is
a Tribal foreign Neutral Non-resident Alien _____ of the
far east Territory of North Amexum _____ in the
Tribal state of Washitaw Province.
3. The defendant is
a Francisor liable party _____, whose
street address is
One McDonald's Plaza Oak Brook IL _____,
(city) Chicago _____ (county) Oak Brook _____ (state) Illinois _____ (
ZIP) 60523
(Defendant's telephone number) (___) - _____
4. The plaintiff sought employment or was employed by the defendant at (street address)
1201 Broad street Francisee _____
(city) Philadelphia
(county) Philadelphia (state) Pennsylvania (ZIP code) 19121
2
5. The plaintiff [*circle one box*]
(a) was denied employment by the defendant.
(b) was hired and is still employed by the defendant.
(c) was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) July _____, (day) 1st 25th, (year) 2007.
7.1 (*Choose paragraph 7.1 or 7.2, do not complete both.*)
(a) The defendant is not a federal governmental agency, and the plaintiff [*circle one box*] has not
(Has)
filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) the United States Equal Employment Opportunity Commission, on or about
(month) ___Sep___ (day) ___15th___ (year) ___2007___.
(ii) the Illinois/pennsylvania Department of Human Rights, on or about
(month) ___Aug___ (day) ___9th___ (year) ___2007___.
(b) If charges were filed with an agency indicated above, a copy of the charge is attached. (YES) NO, **but plaintiff will file a copy of the charge within 14 days**.
It is the policy of both the Equal Employment Opportunity Commission and the Illinois/Pennsylvania
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.
7.2 The defendant is a francisor/francisee, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the
defendant asserting the acts of discrimination indicated in this court complaint.
3
(Yes) (month) ___July___ (day) ___9th___ (year) ___2007___
No, did not file Complaint of Employment Discrimination
(b) The plaintiff received a Final Agency Decision on (month) _____
(day) _____ (year) _____.
(c) Attached is a copy of the
(i) Complaint of Employment Discrimination,
YES NO, but a copy will be filed within 14 days.
(ii) Final Agency Decision
YES (NO) but a copy will be filed within 14 days.
8. (Complete paragraph 8 only if defendant is not a federal governmental agency.)
. (a) the United States Equal Employment Opportunity Commission has not issued
a *Notice of Right to Sue*.
(b) the United States Equal Employment Opportunity Commission has issued a
*Notice of Right to Sue*, which was received by the plaintiff on
(month) _____ (day) _____ (year) _____ a copy of which
*Notice* is attached to this complaint.
9. The defendant discriminated against the plaintiff because of the plaintiff's [**circle only those that apply**]:
(a) Age (Age Discrimination Employment Act).

(b)) Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

4

(c)  Disability (Americans with Disabilities Act or Rehabilitation Act)
(d)  National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(e)  Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(f)) Religion (Title VII of the Civil Rights Act of 1964)
(g)  Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.
  Title 9 usc 1 via declaration of rights for indigenous peoples article 17

12. The defendant [*check only those that apply*]
(a))  failed to hire the plaintiff.
(b)  terminated the plaintiff's employment.
(c)  failed to promote the plaintiff.
(d))  failed to reasonably accommodate the plaintiff's religion.
(e)  failed to reasonably accommodate the plaintiff's disabilities.
(f)  failed to stop harassment;
(g)  retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
(h)  other (specify): _they Refused to comply with city state federal & International laws_

5

_Governing Humane rights & religious Beliefs_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I Have A first Hand witness nate Miller who witnessed Both discriminatory statements on July 1st & 5th 2007 they simply do Not want to hire Anyone with Beards & Has Been getting away with this for some time Now I exposed them Because I Notified Proper Authorities ASAP

14. **[RELIGIOUS DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully
discriminated against the plaintiff.
15. The plaintiff demands that the case be PROCEEDED by a COMPULUSORY ARBITRATION . (YES) NO
16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
[**check only those that apply**]
(a)   Direct the defendant to hire the plaintiff.
(b)   Direct the defendant to re-employ the plaintiff.
(c)   Direct the defendant to promote the plaintiff.
(d)   Direct the defendant to reasonably accommodate the plaintiff's religion.
(e)   Direct the defendant to reasonably accommodate the plaintiff's disabilities.
(f)   Direct the defendant to (specify):

Direct the Defendants to pay me for punitive & compensory Damages By Contractual obligations & as well as for the un Rebutted Acts of Discrimination in which McDonalds via silence admitted As Actual factual Evidence of Religious Discrimination

(g)   If available, grant the plaintiff appropriate injunctive relief, lost wages, breach of equal employment opportunity

duties without discrimination
liquidated/double damages, front pay, compensatory damages, punitive damages,
prejudgment interest, post-judgment interest, and costs, including reasonable
consul fees and expert witness fees.
(h)  Grant such other relief as the Court may find appropriate.
(Plaintiff's signature)
_Navya-Amir: El_
(Plaintiff's name)
_5640 Lansdowne Avenue_
(Plaintiff's street address)
_Far East Terra Trust_

(City)_____(State)_____(ZIP)_____
(Plaintiff's telephone number) (____) - _267 979-7481_
Date: _Oct 8th 2008_